CiCi CUNNINGHAM, ESQ.
Nevada Bar No. 4960
LAW OFFICE OF CiCi CUNNINGHAM
*A Professional Corporation*
2831 St. Rose Parkway, Suite 251
Henderson, NV 89052
Telephone: (702) 932-7763
Facsimile: (702) 818-1065
CiCiEsq@cox.net
Proposed Attorney for Debtors-In-Possession

EFILED ON: September 17, 2011

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:

JOSE UNSON and ELSA UNSON,

Debtors.

Address: 1348 S. Barranca Avenue
Glendora, CA 91740

Case No.: 11-15796-BAM
Chapter 11

**Hearing:**
**Date:** October 18, 2011
**Time:** 9:00 am

---

NOTICE OF MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF UNSECURED CREDITORS PURSUANT TO 11 U.S.C. § 506(a) AND § 1123 FOR THE REAL PROPERTY LOCATED AT **1254 FRAYA DRIVE, LAS VEGAS, NV 89119**

---

TO:    THE HONORABLE BRUCE A. MARKELL
       ALL INTERESTED PARTIES, CREDITORS AND TRUSTEES

NOTICE IS HEREBY GIVEN that on September 17, 2011, a MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF UNSECURED CREDITORS PURSUANT TO 11 U.S.C. § 506(a) AND § 1123 FOR THE REAL PROPERTY LOCATED AT 1254 Fraya Drive, Las Vegas, NV 89119, was filed by CiCi Cunningham, Esq. of the LAW OFFICE OF CiCi CUNNINGHAM, proposed counsel for Debtors. Any opposition must be filed pursuant to Local Rule 9014(d).

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to grant the relief sought in the Application, or if you want the Court to consider your views on the Application, then you must file an opposition to each application with the Court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the applications, unless an exception applies ( see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014( c).

If you object to the relief requested, you *must* file a **WRITTEN** response to the pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

The court may *refuse to allow you to speak* at the scheduled hearing; and

The court may *rule against you* without formally calling the matter at the hearing

**NOTICE IS FURTHER GIVEN** that the hearing on the said Application will be held before Judge Markell in the Foley Federal Building, 300 Las Vegas, Boulevard South, Las Vegas, Nevada, on the 18th day of October, 2011 at 9:00 am.

Dated this the 17th day of September, 2011.

Respectfully Submitted,
LAW OFFICE OF CiCi CUNNINGHAM
*A Professional Corporation*

By: _____
CiCi Cunningham, Esq

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was sent via ELECTRONIC MAIL on September 17, 2011 to the following:

**Notice is being electronically mailed to:**

JEREMY T BERGSTROM on behalf of Creditor BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP mbergstrom@mileslegal.com

CICI CUNNINGHAM on behalf of Debtor JOSE UNSON
ciciesq@cox.net

PHILIP S. GERSON on behalf of Debtor JOSE UNSON
banknv@rocgd.com, mburgener@rocgd.com

CHRISTOPHER M. HUNTER on behalf of Creditor Aurora Loan Services LLC, its assignees and/or successors
bknotice@mccarthyholthus.com, chunter@mccarthyholthus.com;nvbkcourt@mccarthyholthus.com

CHRISTOPHER K LEZAK on behalf of Creditor Aurora Loan Services LLC, its assignees and/or successors
bknotice@mccarthyholthus.com, nvbkcourt@mccarthyholthus.com;clezak@mccarthyholthus.com

MATTHEW M. MCARTHUR on behalf of Creditor Aurora Loan Services, LLC
mmcarthur@piteduncan.com, ecfnvb@piteduncan.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

I HEREBY CERTIFY that a true and correct copy of the above-mentioned notice was sent via regular mail, sufficient postage prepaid on September 17 to the following:

BAC Home Loans Servicing, LP
1757 Tapo Canyon Road
Mail Stop: CA6-913-LB-11
Simi Valley, CA 93063

-3-

GINA M CORENA on behalf of Creditor BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 PASEO VERDE PKWY, STE 250
HENDERSON, NV 89052

CICI CUNNINGHAM
LAW OFFICE OF CICI CUNNINGHAM
2831 ST ROSE PARKWAY, SUITE 251
HENDERSON, NV 89052

PHILIP GERSON
OLSON, CANNON, GORMLEY & DESRUISSEAUX
9950 WEST CHEYENNE AVE
LAS VEGAS, NV 89129

DEAN PROBER on behalf of Creditor BAC Home Loans Servicing, LP
20750 VENTURA BOULEVARD SUITE 100
WOODLAND HILLS, CA 91364

RECOVERY MANAGEMENT SYSTEMS CORPORATION
25 S.E. SECOND AVENUE
INGRAHAM BUILDING, SUITE 1120
MIAMI, FL 33131-1605

Saxon Mortgage Services, Inc.
c/o Aldridge Connors LLP
780 Johnson Ferry Rd. NE
Suite 600
Atlanta, GA 30342

I HEREBY CERTIFY that a true and correct copy of the above mentioned motion was served via certified mail on September 17, 2011 to the following:

Bank of America
P.O. Box 5170
Simi Valley, CA 83065

Bank of America
P.O. Box 650070
Dallas, TX 75265-0070

Bank of America
7105 Corporate Drive
Plano, TX 75024

Bank of America
P.O. Box 515503
Los Angeles, CA  90051-6803

Bank of America
P.O. Box 17054
Wilmington, DE  19850

Bank of America
450 American St. #SV416
Simi Valley, CA  93065

Bank of America
P.O. Box 21848
Greensboro, NC  27420-1848

JP Morgan Chase Bank, National Association
3415 Vision Drive
Columbus, OH 43219

c/o William G. Malcom
Malcom & Cisneros
915 East Bonneville
Las Vegas, NV 89101

MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 PASEO VERDE PKWY, STE 250
HENDERSON, NV 89052

_____
An Employee of LAW OFFICE OF
CiCi CUNNINGHAM