CiCi CUNNINGHAM, ESQ.
Nevada Bar No. 4960
LAW OFFICE OF CiCi CUNNINGHAM
*A Professional Corporation*
2831 St. Rose Parkway, Suite 251
Henderson, NV 89052
Telephone: (702) 932-7763
Facsimile: (702) 818-1065
Proposed Attorney for
Debtors-In-Possession

EFILED 12-8-11

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Case No.: 11-15796-BAM |
| | Chapter 11 |
| JOSE UNSON and ELSA UNSON, | |
| Debtors. | **Hearing:** |
| | **Date:** N/A |
| Address: 1348 S. Barranca Avenue | **Time:** N/A |
| Glendora, CA 91740 | |

## NOTICE OF ENTRY OF ORDER

**YOU, AND EACH OF YOU WILL PLEASE TAKE NOTICE** that an Order was entered on December 5, 2011. A copy of which is attached.

DATED this 8th day of December 2011.

LAW OFFICE OF CiCi CUNNINGHAM

By: _____
CiCi CUNNINGHAM, Esq.
Bar No. 4960
LAW OFFICE OF CiCi CUNNINGHAM
2831 St. Rose Parkway, Suite 251
Henderson, NV 89052
CiCiEsq@cox.net
Attorney for Debtors-In-Possession

## CERTIFICATE OF SERVICE

1. On December 8th, I served the following document(s):

**NOTICE OF ENTRY OF ORDER APPROVING MOTION TO VALUE COLLATERAL.** I served the above-named document(s) by the following means to the persons as listed below:

**(Check all that apply)**

X a. **ECF SYSTEM** *(you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

JEREMY T BERGSTROM on behalf of Creditor BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP

mbergstrom@mileslegal.com

CICI CUNNINGHAM on behalf of Debtor JOSE UNSON

ciciesq@cox.net

PHILIP S. GERSON on behalf of Debtor JOSE UNSON

banknv@rocgd.com, mburgener@rocgd.com

KEVIN HAHN on behalf of Creditor JPMorgan Chase Bank, N.A.

kevin@mclaw.org

CHRISTOPHER M. HUNTER on behalf of Creditor AURORA LOAN SERVICES LLC, ITS ASSIGNEES AND/OR SUCCESSORS

bknotice@mccarthyholthus.com,

chunter@mccarthyholthus.com;nvbkcourt@mccarthyholthus.com

CHRISTOPHER K LEZAK on behalf of Creditor AURORA LOAN SERVICES LLC, ITS ASSIGNEES AND/OR SUCCESSORS

bknotice@mccarthyholthus.com,

nvbkcourt@mccarthyholthus.com;clezak@mccarthyholthus.com

MATTHEW M. MCARTHUR on behalf of Creditor Aurora Loan Services, LLC

mmcarthur@piteduncan.com, ecfnvb@piteduncan.com

U.S. TRUSTEE - LV - 11

USTPRegion17.lv.ecf@usdoj.gov

ACE C VAN PATTEN on behalf of Creditor Aurora Loan Services, LLC

avanpatten@piteduncan.com, ecfnvb@piteduncan.com

GREGORY L. WILDE on behalf of Creditor Saxon Mortgage Services, Inc.

bk@wildelaw.com

**X b. United States mail, postage full prepaid** (*List persons and addresses. Attach additional paper if necessary*)

**Served by regular first class mail:**

BAC Home Loans Servicing, LP
1757 Tapo Canyon Road
Mail Stop: CA6-913-LB-11
Simi Valley, CA 93063

DEAN PROBER on behalf of Creditor BAC Home Loans Servicing, LP
20750 VENTURA BOULEVARD SUITE 100
WOODLAND HILLS, CA 91364

RECOVERY MANAGEMENT SYSTEMS CORPORATION
25 S.E. SECOND AVENUE
INGRAHAM BUILDING, SUITE 1120
MIAMI, FL 33131-1605

LAW OFFICE OF CiCi CUNNINGHAM
2831 ST. ROSE PARKWAY, SUITE 251, HENDERSON, NEVADA, 89052
TELEPHONE: (702) 932-7763 * FACSIMILE: (702) 818-1065

1

2  Saxon Mortgage Services, Inc.
3  c/o Aldridge Connors LLP
   780 Johnson Ferry Rd. NE
4  Suite 600
   Atlanta, GA 30342
5

6

7  **I declare under penalty of perjury that the foregoing is true and correct.**
   **Signed on: December 8, 2011**

8

9  _____
   Employee of LAW OFFICE of CiCi CUNNINGHAM

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Honorable Bruce A. Markell
United States Bankruptcy Judge

Entered on Docket
December 05, 2011

CiCi CUNNINGHAM, ESQ.
Nevada Bar No. 4960
LAW OFFICE OF CiCi CUNNINGHAM
*A Professional Corporation*
2831 St. Rose Parkway, Suite 251
Henderson, NV 89052
Telephone: (702) 932-7763
Facsimile: (702) 818-1065
Attorney for Debtors-In-Possession

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: | Case No.: 11-15796-BAM<br>Chapter 11 |
| JOSE UNSON and ELSA UNSON, | |
| Debtors. | **Hearing:**<br>**Date:** October 18th, 2011<br>**Time:** 9:00am |
| Address: 1348 S. Barranca Avenue<br>Glendora, CA 91740 | |

Upon the motion (the "Motion")' of Jose and Elsa Unson, the debtors and debtors-in-possession in the above captioned case (the "Debtors"), requesting entry of an Order to Value Collateral, "Strip Off" and Modify the Rights of Unsecured Creditors for the Property Address Located at **1254 FRAYA DRIVE, LAS VEGAS, NV 89119** (the "Property"), pursuant to 11 U.S.C. §

506(a) and § 1123: and due notice of the Motion and the hearing of the Motion having been given to all parties entitled thereto; and a hearing having been held before this Court on October 18, 2011 to consider approval of the Motion, at which time all parties in interest were afforded an opportunity to be heard;

IT IS HEREBY ORDERED that the Motion as to the Second Lienholder, Bank of America is GRANTED; and

IT IS FURTHER ORDERED that due to the value of the property and the estimated amount of the first lien, there is no equity remaining to be secured by the Second Lienholder's lien; and

IT IS FURTHER ORDERED that the unsecured portion of the Second Lienholder Lenders' claim, (which is the entire amount of its lien) is reduced and shall be treated as "general unsecured claims", pursuant to 11 U.S.C. § 506(a); and

IT IS FURTHER ORDERED that in accordance with the appraised value of the Property in the amount of $125,000.00, which was not refuted by Bank of America, the Bank of America creditor's " wholly unsecured claim" shall be treated as a general unsecured claim, pursuant to 11 U.S.C. § 506(a). The total amounts of Bank of America's claim against the Property is as follows:

    a.    Second Lien - Bank of America -Loan Number:**********9699

        1.    Secured Claim -    $00.00

        2.    Unsecured Claim -    $49,000.00.

IT IS FURTHER ORDERED that Bank of America's second lien claim against the Property is hereby "Stripped Off" and shall be treated as a "general unsecured claim" pursuant to 11 U.S.C. § 506(a) upon effectuation of the Debtors' Chapter 11 Plan; and

IT IS FURTHER ORDERED that unsecured portions of the Second Lienholder Lender's claim be reclassified as general unsecured claims to be paid pro rata with other general creditors through the Debtor's Chapter 11 plan; and

IT IS FURTHER ORDERED that nothing in this order shall impair the rights of the First Lienholder in any way.

IT IS FURTHER ORDERED that this Court retains jurisdiction to hear all matters relating to or arising from the entry of this Order; and

IT IS FURTHER ORDERED that as provided by Fed. R. Bankr. P. 7062, this Order shall be effective and enforceable immediately upon entry.

IT IS SO ORDERED.

Respectfully Submitted By:

_____
CiCi Cunningham, Esq.
Nevada Bar No. 4960
LAW OFFICE OF CiCi CUNNINGHAM
2831 St. Rose Parkway, Suite 251
Henderson, NV 89052
CiCiEsq@cox.net
702-932-7763

**SUBMISSION TO COUNSEL FOR APPROVAL PURSUANT TO LR 9021**

In accordance with LR 9021, counsel submitting this document certifies as follows:

____ The Court has waived the requirement of approval under LR 9021.

_X_ No party appeared at the hearing or filed an objection to the motion *as it pertains to the Second Lienholder. The First Lienholder filed an opposition but did not appear at the hearing. A hearing for the Frst Lienholder is scheduled for December 13, 2011 at 9:00am.*

____ This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

____ This is a Chapter 9, 11 or 15 case and I have delivered a copy of this proposed order all counsel who appeared at the hearing, any unrepresented parties who appeared at the

-3-

hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved or failed to respond to the document]

_____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

|  | APPROVED | DISAPPROVED | NO RESPONSE |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

CiCi Cunningham, Esq.

LAW OFFICE OF CiCi CUNNINGHAM
2831 St. Rose Parkway, Suite 251, Henderson, Nevada, 89052
Telephone: (702) 932-7763 * Facsimile: (702) 818-1065

-4-