


_____
Honorable Bruce A. Markell
United States Bankruptcy Judge

**Entered on Docket**
**July 31, 2012**

___

CiCi Cunningham, Esq.
Nevada Bar No. 4960
LAW OFFICE OF CiCi CUNNINGHAM
2831 St. Rose Parkway, Suite 251
Henderson, Nevada 89052
Telephone: (702) 932-7763
Facsimile: (702) 818-1065
CiCiEsq@cox.net
Attorneys for Debtors-In-Possession

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: ) | Case No. 11-15796-BAM |
| ) | Chapter 11 |
| Jose Unson and Elsa Unson, ) | |
| ) | |
| Debtors-In-Possession ) | |
| ) | |
| ) | Hearing: |
| ) | Date: July 17, 2012 |
| _____ ) | Time: 9:00am |

**ORDER CONFIRMING**
**PLAN OF REORGANIZATION OF DEBTORS**

**UPON** this mater having come before this Court on the 17th day of July 2012, at the hour of 9:00 a.m., CiCi Cunningham, Esq., of the law firm of Law Office of CiCi Cunningham, appearing on behalf of the Debtors – In – Possession, Jose and Elsa Unson,

1

Ace Van Patten, Esq. appearing on behalf of Aurora and Deutsche Bank. No opposition having been filed, and the Court being sufficiently advised as to all matters herein finds as follows:

**IT IS HEREBY ORDERED** that the Plan of Reorganization of the above referenced Debtors, filed with this Court on May 9, 2012, is hereby CONFIRMED.

**IT IS FURTHER ORDERED** that the "Effective Date" wherein the Debtor shall begin making payments shall be the Eleventh (11th) business days after entry of this Order.

**IT IS SO ORDERED.**

Respectfully Submitted By:

__/s/ *CiCi Cunningham*_____
CiCi CUNNINGHAM, ESQ.
Nevada Bar No. 4960
2831 St. Rose Parkway, Suite 251
Henderson, NV  89052
702-932-7763 – phone
702-818-1065 – facsimile
CiCiEsq@cox.net

**ALTERNATIVE METHOD re: RULE 9021:**

In accordance with LR 9021, counsel submitting this document certified that the order accurately reflects the Court's ruling and that (check one):

☐   The Court has waived the requirement set forth in LR 9021(b)(1).

☐   No party appeared at the hearing or filed an objection to the motion.

☐   I have delivered a copy of this proposed order to all counsel who the hearing, and each has approved or disapproved the order, or failed appeared at the hearing, and any

2

unrepresented parties who appeared at to respond, as indicated below [list each party and whether the party has approved, disapproved or failed to respond to the document]:

■ Approved – Ace C. Van Patten, Esq. Aurora Loan Services and Deutsche Bank's Attorney.

■ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Respectfully Submitted By:   ____*CiCi Cunningham*_____
CiCi Cunningham, Esq.
LAW OFFICE OF CiCi CUNNINGHAM
2831 St. Rose Parkway, Suite 251
Henderson, NV  89052
702-932-7763 – phone
CiCiEsq@cox.net